**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAROUW SOLEIMAN RAYMON GANDA, | No. 07-75090 |
| Petitioner, | Agency No. A096-499-672 |
| v. | MEMORANDUM [*] |
| ERIC H. HOLDER Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

Warouw Soleiman Raymon Ganda, a native and citizen of Indonesia,

petitions for review of the Board of Immigration Appeals' order dismissing his

appeal from an immigration judge's decision denying his application for

withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

for substantial evidence the agency's factual findings. *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006). We deny the petition for review.

Substantial evidence supports the agency's finding that Ganda did not suffer past persecution because the name calling at school and the robbery, considered individually or cumulatively, did not constitute persecution, *see Wakkary v. Holder*, 558 F.3d 1049, 1059-60 (9th Cir. 2009) ("persecution is an extreme concept that does not include every sort of treatment our society regards as offensive") (internal quotation and citation omitted), and Ganda did not establish that his father's poisoning was part of a "pattern of persecution closely tied to" Ganda, *see id*. at 1060. In addition, substantial evidence supports the agency's finding that, even as a member of a disfavored group, he failed to demonstrate the requisite individualized risk of persecution. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1184-85 (9th Cir. 2003); *see also Wakkary*, 558 F.3d at 1066 ("[a]n applicant for withholding of removal will need to adduce a considerably larger quantum of individualized-risk evidence to prevail"). Accordingly, Ganda's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**